**Dismissed and Opinion Filed January 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00996-CR
No. 05-14-00997-CR
No. 05-14-00998-CR

**MICHAEL JERARD RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 416-82939-2012, 416-82940-2012, 416-81942-2013

## MEMORANDUM OPINION
Before Justices Francis, Evans, and Stoddart

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved

the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED**

and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140996F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL JERARD RICHARDSON,
Appellant

No. 05-14-00996-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-82939-2012.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 13, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHAEL JERARD RICHARDSON,
Appellant

No. 05-14-00997-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-82940-2012.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 13, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

MICHAEL JERARD RICHARDSON,
Appellant

No. 05-14-00998-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-81942-2013.
Opinion delivered per curiam before Justices
Francis, Evans, and Stoddart.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 13, 2015.